UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. R. KENTON MUSGRAVE, SENIOR JUDGE

_____
:
NUTRICIA NORTH AMERICA, INC.,            :
:
                    Plaintiff,    :    Court No. 16-00008
:
        v.                               :
:
UNITED STATES,                           :
:
                    Defendant.    :
_____:

## ORDER

Upon reading defendant's motion for a stay; upon other papers and proceedings had herein; and upon due deliberation, it is hereby

**ORDERED** that defendant's motion be, and hereby is, granted; and it is further

**ORDERED** that this case is stayed pending the lapse of appropriations for the federal government; and it is further

**ORDERED** that the Government notify the Court within three business days after Congress has appropriated funds for the Department of Justice and U.S. Customs and Border Protection; and it is further

**ORDERED** that, on or before the fourteenth day subsequent to the Government's notice to the Court, the parties shall confer and file a proposed amended scheduling order.

_____
R. KENTON MUSGRAVE, SENIOR JUDGE

Dated: New York, New York
      This _____ day of _____, 2019.

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. R. KENTON MUSGRAVE, SENIOR JUDGE

| | |
|---|---|
| NUTRICIA NORTH AMERICA, INC., | |
| Plaintiff, | Court No. 16-00008 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

## MOTION FOR STAY IN LIGHT OF LAPSE OF APPROPRIATIONS

Pursuant to Rules 6 and 7 of the Court, defendant, the United States (Government), hereby moves to stay the above-captioned case.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal Department of Homeland Security and United States Customs and Border Protection (CBP). The Department does not know when funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys and employees of the CBP are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Undersigned counsel for the Department of Justice therefore requests a stay of this case until Congress has restored appropriations to the Department.

If this motion for a stay is granted, undersigned counsel will notify the Court within three business day after Congress has appropriated funds for the Department. The Government requests that, on or before the fourteenth day subsequent to the Government's notice to the Court, the parties shall confer and file a proposed amended scheduling order extending all current deadlines for the parties commensurate with the duration of the lapse in appropriations.

On January 22, 2019, Frances Hadfield, Esq., of the firm Crowell & Moring LLP, counsel for plaintiff, informed Mr. Eddon that, on behalf of her client, she consents to the relief requested by this motion.

Therefore, although we greatly regret any disruption caused to the Court and the plaintiff, the Government hereby moves to stay this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

WHEREFORE, defendant respectfully requests that the Court enter a stay.

<div style="margin-left:40%">

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

/s/ Amy M. Rubin
By:   AMY M. RUBIN
Assistant Director
International Trade Field Office

/s/ Guy Eddon
GUY EDDON
Trial Attorney
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, NY 10278
Tel. (212) 264-9230 or 9232
*Attorneys for Defendant*

</div>

Dated: January 22, 2019