UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: Hon. Timothy C. Stanceu, Senior Judge

| | |
|---|---|
| **NUTRICIA NORTH AMERICA, INC.,** : | |
| : | |
| Plaintiff, : | Court No. 16-00008 |
| : | |
| v. : | |
| : | |
| **UNITED STATES,** : | |
| : | |
| Defendant. : | |
| : | |

### **PROPOSED ORDER**

Upon reading Plaintiff, Nutricia North America Inc.'s (Nutricia), Consent Motion to Designate *Nutricia North America v. United States*, Court No. 16-00008 as a Test case and to Suspend Cases, and upon review of all other currently pending Nutricia cases:

| | | |
|---|---|---|
| 1:15-cv-00160-N/A | Nutricia North America, Inc. v. United States | filed 06/05/15 |
| 1:15-cv-00162-N/A | Nutricia North America, Inc. v. United States | filed 06/12/15 |
| 1:15-cv-00193-N/A | Nutricia North America, Inc. v. United States | filed 07/09/15 |
| 1:15-cv-00209-N/A | Nutricia North America, Inc. v. United States | filed 08/04/15 |
| 1:16-cv-00043-N/A | Nutricia North America, Inc. v. United States | filed 03/11/16 |
| 1:16-cv-00139-N/A | Nutricia North America, Inc. v. United States | filed 07/29/16 |
| 1:16-cv-00174-N/A | Nutricia North America, Inc. v. United States | filed 09/01/16 |

and upon other papers and proceedings herein, it is hereby

ORDERED that Motion is granted; and it is further

ORDERED that these pending Nutricia cases are suspended.

_____

Senior Judge

Dated: _____ 2021
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: Hon. Timothy C. Stanceu, Senior Judge

|  |  |  |
|---|---|---|
| **NUTRICIA NORTH AMERICA, INC.,** | : | |
| Plaintiff, | : | Court No. 16-00008 |
| v. | : | |
| **UNITED STATES,** | : | |
| Defendant. | : | |

## CONSENT MOTION TO DESIGNATE TEST CASE AND SUSPEND CASES

Pursuant to Rule 83(f) and (i) of the United States Court of International Trade, Plaintiff, Nutricia North America, Inc. (Nutricia), by its attorneys, hereby moves that the above-captioned case be designated a Test Case and that the following cases:

| 1:15-cv-00160-N/A | Nutricia North America, Inc. v. United States | filed 06/05/15 |
| 1:15-cv-00162-N/A | Nutricia North America, Inc. v. United States | filed 06/12/15 |
| 1:15-cv-00193-N/A | Nutricia North America, Inc. v. United States | filed 07/09/15 |
| 1:15-cv-00209-N/A | Nutricia North America, Inc. v. United States | filed 08/04/15 |
| 1:16-cv-00043-N/A | Nutricia North America, Inc. v. United States | filed 03/11/16 |
| 1:16-cv-00139-N/A | Nutricia North America, Inc. v. United States | filed 07/29/16 |
| 1:16-cv-00174-N/A | Nutricia North America, Inc. v. United States | filed 09/01/16 |

be suspended under this test case.

On October 8, 2021, counsel for Nutricia consulted with counsel for the United States. Based upon representations of plaintiff's counsel as to the basis of the test case, but without agreement to all facts stated therein, defendant consents to the test case and suspension motion.

1

Nutricia filed its Complaint is actively prosecuting this case. The cases for which Nutricia seeks suspension are all entitled *Nutricia North America, Inc. v. United States*. The test case and all the cases for which Nutrica seeks suspension involve the tariff classification of imported infant and junior medical foods. The legal question is whether the products are properly classified in subheading 3004.50.50, HTSUS, which provides for "Medicaments (excluding goods of heading 3002, 3005 or 3006) consisting of mixed or unmixed products for therapeutic or prophylactic uses, put up in measured doses (including those in the form of transdermal administration systems) or in forms or packings for retail sale: Other medicaments containing vitamins or other products of heading 2936: Other." Alternatively, plaintiff claims that the imported goods are classified pursuant in subheading 9817.00.96, HTSUS, which provides for "Articles specially designed or adapted for the use or benefit of the blind or other physically or mentally handicapped persons; parts and accessories (except parts and accessories of braces and artificial limb prosthetics) that are specially designed or adapted for use in the foregoing articles: Other." On October 6, 2014, CBP issued a ruling HQ H121544 classifying the subject or similar merchandise under Heading 2106, HTSUS.

Based on the forgoing, and the consent of the United States, Nutricia respectfully requests that the Court grant this order and designate Ct. No. 16-00008 a test case and suspend the above listed cases.

Respectfully,

/s Frances Hadfield

Dated: October 14, 2021

John Brew
CROWELL & MORING LLP
590 Madison Ave, 20th Floor
New York, NY 10022
(212) 803-4040

2