UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: Hon. Timothy C. Stanceu, Senior Judge

| | |
|---|---|
| NUTRICIA NORTH AMERICA, INC., : | |
| : | |
| Plaintiff, : | Court No. 16-00008 |
| : | |
| v. : | |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant. : | |

# ORDER

Upon reading Plaintiff, Nutricia North America Inc.'s (Nutricia), Consent Motion to Designate *Nutricia North America v. United States*, Court No. 16-00008 as a Test case and to Suspend Cases, and upon review of all other currently pending Nutricia cases:

| | | |
|---|---|---|
| 1:15-cv-00160-N/A | Nutricia North America, Inc. v. United States | filed 06/05/15 |
| 1:15-cv-00162-N/A | Nutricia North America, Inc. v. United States | filed 06/12/15 |
| 1:15-cv-00193-N/A | Nutricia North America, Inc. v. United States | filed 07/09/15 |
| 1:15-cv-00209-N/A | Nutricia North America, Inc. v. United States | filed 08/04/15 |
| 1:16-cv-00043-N/A | Nutricia North America, Inc. v. United States | filed 03/11/16 |
| 1:16-cv-00139-N/A | Nutricia North America, Inc. v. United States | filed 07/29/16 |
| 1:16-cv-00174-N/A | Nutricia North America, Inc. v. United States | filed 09/01/16 |

and upon other papers and proceedings herein, it is hereby

ORDERED that Motion is granted; and it is further

ORDERED that these pending Nutricia cases are suspended.

                                                /s/ Timothy C. Stanceu
                                       Timothy C. Stanceu, Senior Judge

Dated: October 19, 2021
New York, New York