UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE:
HON. TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| NUTRICIA NORTH AMERICA, INC., | |
| Plaintiff, | Court No. 16-00008 |
| v. | |
| UNITED STATES, | |
| Defendant. | |

## **PROPOSED SCHEDULING ORDER**

Upon reading Plaintiff's Consent Motion to Modify the Court's Scheduling Order and upon due deliberation and consideration of all other papers before the Court, it is hereby,

ORDERED that Plaintiff's Consent Motion to Modify the Court's Scheduling Order of October 4, 2021 is granted;

ORDERED that the Court's Scheduling Order is amended as follows:

1. Dispositive motions, if any, will be filed by January 21, 2022.

2. A brief in response to a dispositive motion may include a dispositive cross-motion.

3. If no dispositive motions are filed, a request for trial, if any, will be filed by February 18, 2022 and will be accompanied by a proposed Order Governing Preparation for Trial.

4. If necessary, trial will begin at a time and place ordered by the court.

_____
Senior Judge

Dated: _____, 2021
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE  BEFORE:
HON. TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| NUTRICIA NORTH AMERICA, INC., | : |
| Plaintiff, | : Court No. 16-00008 |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

## PLAINTIFF'S CONSENT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER

Pursuant to Rules 6 and 7 of the United States Court of International Trade, Plaintiff respectfully requests the Court to modify the Scheduling Order entered in this case on October 4, 2021. Specifically, Plaintiff requests that the Court extend the deadline set forth for filing a motion for summary judgment until January 21, 2022. On December 16, 2021, Mr. Guy Eddon from the Department of Justice consented to the relief requested by the motion.

Good cause supports this motion. The parties have exchanged three expert reports and recently conducted the remote depositions of their experts as a consequence of the Covid-19 pandemic. As a consequence of the pandemic, there has been unforeseen unavailability of Plaintiff's experts and client. Plaintiff has been diligently working on its motion; however, there are five distinct products at issue and three distinct classifications claims. As a consequence of the unforeseen unavailability, Plaintiff needs additional time to work with their expert witnesses and their client.

WHEREFORE, Plaintiff respectfully requests that the Court modify its Scheduling Order dated to extend the deadline for its Motion until January 21, 2022.

Respectfully submitted,

/s/ Frances Hadfield.
John B. Brew
Crowell & Moring LLP
590 Madison Avenue 20th Floor New York, New York 10022
Tel: (212) 223-4000
Email: jbrew@crowell.com
fhadfield@crowell.com

Dated: December 16, 2021
New York, New York