UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| NUTRICIA NORTH AMERICA, INC., | : |
| Plaintiff, | : Court No. 16-00008 |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

## **ORDER**

Upon reading Plaintiff's consent motion to reopen expert discovery for the limited purpose of providing a new expert report by Dr. Jonah Essers and allow his deposition by the government; and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that Plaintiff's Motion be, and hereby is, GRANTED; it is further

ORDERED that Plaintiff shall submit a new expert report by Dr. Jonah Essers to Defendant by May 27, 2022 limited to the five issues on which the first expert opined; it is further

ORDERED that Defendant shall depose Plaintiff's new expert, Dr. Jonah Essers, by July 15, 2022; and it is further

ORDERED that Plaintiff shall file a Motion to Withdraw its Motion for Summary Judgment filed on January 21, 2022 within ten (10) days of this Order, and it is further

ORDERED that the parties shall submit a joint status report with a new proposed scheduling order within ten (10) days of this Order.

                                                  /s/  Timothy C. Stanceu
                                      TIMOTHY C. STANCEU, SENIOR JUDGE

Dated: New York, NY
      This  22nd  day of   April  , 2022