UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY C. STANCEU, SENIOR JUDGE

_____
                                        :
NUTRICIA NORTH AMERICA, INC.,           :
                                        :
                        Plaintiff,      :          Court No. 16-00008
                                        :
            v.                          :
                                        :
UNITED STATES,                          :
                                        :
                        Defendant.      :
_____:

## **ORDER**

Upon reading plaintiff's consent motion to withdraw their motion for summary judgment, and file a new proposed scheduling order; and upon consideration of other papers and proceedings had herein; it is hereby

ORDERED that plaintiff's Motion be, and hereby is, GRANTED; it is further

ORDERED that Plaintiff's Motion for Summary Judgment filed on January 21, 2022 is withdrawn; and it is

ORDERED that Plaintiff shall submit a new Motion for Summary Judgment by August 31, 2022; and it is

ORDERED that Defendant shall submit its Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment by October 28, 2022.

ORDERED that, if necessary, trial will begin at a time and place ordered by the Court.

                                    ___/s/ Timothy C. Stanceu_____
                                    TIMOTHY C. STANCEU, SENIOR JUDGE

Dated: New York, NY
This __5th__ day of __May__, 2022