UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY C. STANCEU, SENIOR JUDGE

_____
                                          :
NUTRICIA NORTH AMERICA, INC.,             :
                                          :
                     Plaintiff,           :    Court No. 16-00008
                                          :
         v.                               :
                                          :
UNITED STATES,                            :
                                          :
                     Defendant.           :
_____:

# ORDER

Upon consideration of Plaintiff Nutricia North America, Inc.'s Motion for Oral Argument, and all other papers and proceedings herein, it is hereby:

ORDERED that Plaintiff's Motion for Oral Argument is hereby is granted, and it further

ORDERED that oral argument is scheduled on _____, 2023, at _____.

SO ORDERED

                                          _____
                                          Timothy C. Stanceu, Senior Judge

Dated: _____, 2023
       New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| NUTRICIA NORTH AMERICA, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES, : <br> : <br> Defendant. : | Court No. 16-00008 |

### PLAINTIFF'S MOTION FOR ORAL ARGUMENT

Pursuant to the Scheduling Order issued on May 5, 2022, and Rule 7(c) of the U.S. Court of International Trade, Plaintiff Nutricia North America, Inc. ("Nutricia") respectfully moves this Court to hold oral argument on Nutricia's Motion for Summary Judgment, filed on August 31, 2022.  Nutricia believes that oral argument will assist the Court in reaching a disposition in this case, as it will allow the Court to obtain a fuller understanding of the issues involved, including those of particular significance to the Court.

On January 11, 2023, counsel to Nutricia consulted with counsel to Defendant United States via e-mail regarding this motion who indicated they defer to this Court as to whether to hold oral argument in this case.

Plaintiff respectfully requests that the Court grant this motion and hold oral argument in this case at a time mutually convenient for the Court and the parties.

Respectfully Submitted,

By:   /s/ *Alexander T. Rosen*
      John B. Brew
      Alex Schaefer

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
jbrew@crowell.com

Maria Vanikiotis
Alexander T. Rosen
Crowell & Moring LLP
590 Madison Avenue
20th Floor
New York, NY 10022

Dated: January 11, 2023
          New York, New York