UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

|  |  |
|---|---|
| NUTRICIA NORTH AMERICA, INC.,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>UNITED STATES,  )<br>)<br>*Defendant*.  )<br>) | No. 16-00008 |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff in the above-captioned action hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment and accompanying order and opinion, Slip Op. 23-170, entered on December 4, 2023.

Dated: January 30, 2024

Respectfully submitted,

/s/ John B. Brew
John B. Brew
Alex Schaefer
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500
jbrew@crowell.com