**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE TIMOTHY C. STANCEU**

NUTRICIA NORTH AMERICA, INC.,

*Plaintiff,*

v.

UNITED STATES,

*Defendant.*

**Court No. 16-00008**

## JOINT STATUS REPORT

Plaintiff, Nutricia North America, Inc., and Defendant, United States, by and through undersigned counsel, respectfully submit this Joint Status Report to the Court and state as follows:

**I.      Background**

This action arises from Plaintiff Nutricia North America, Inc.'s challenge to the tariff classification of its imported merchandise by U.S. Customs and Border Protection ("CBP"). CBP classified and liquidated the subject merchandise under subheading 2106.90.9998, Harmonized Tariff Schedule of the United States ("HTSUS").[1]  The United States Court of Appeals for the Federal Circuit ("Federal Circuit") has confirmed that the subject merchandise is properly classified under heading 3004, HTSUS.[2] *Nutricia North America, Inc. v. United States*, 159 F.4th 1344, 1352 (Fed. Cir. 2025).   The Federal Circuit remanded the case back to this Court to determine the proper 10-digit HTSUS provisions for the subject medical foods. On January 9,

---

[1] "Food preparations not elsewhere specified or included: Other…Other." 2106.90.9998, HTSUS.

[2] "Medicaments (excluding goods of heading 3002, 3005 or 3006) consisting of mixed or unmixed products for therapeutic or prophylactic uses, put up in measured doses (including those in the form of transdermal administration systems) or in forms or packings for retail sale: Other medicaments containing vitamins or other products of heading 2936: Other." 3004.50.5040, HTSUS.

2026, the Federal Circuit issued its mandate. Mandate Issued from Fed. Circuit, *Nutricia North America, Inc. v. United States*, Case No. 16-0008 (Ct Int'l Trade, Jan. 9, 2026), ECF No. 96.

## II.  Status of Collaboration and Joint Stipulation

Following the Federal Circuit's decision in *Nutricia*, the parties engaged in discussions to agree upon a joint stipulation of facts to submit to this Court the proper 10-digit classification for the products, as directed by the Federal Circuit. In the lead case, Court No. 16-0008, the parties anticipate reaching a resolution of the outstanding issues on or before May 15, 2026. With respect to the remaining related cases listed in Section III below, parties shall resolve those actions individually pursuant to respective joint stipulations. Given that the products in each individual case differ in name and vary slightly in ingredients, parties are ensuring that the schedules of entries are correct and cover the entire universe of imports. Upon reaching a final agreement in each matter, Plaintiff's counsel will transmit the proposed joint stipulated judgment to counsel for Defendant for review and approval. Upon receipt of the Government's consent, the parties will file the proposed joint stipulation with the Court.

## III.  Related Cases

The following cases are currently suspended before the Court and are subject to the discussions described in Section II above:

- 1:15-cv-00160-TCS
- 1:15-cv-00162-TCS
- 1:15-cv-00193-TCS
- 1:15-cv-00209-TCS
- 1:16-cv-00043-TCS
- 1:16-cv-00139-TCS

- 1:16-cv-00174-TCS

**IV.  Proposed Next Steps and Request for Additional Time**

The parties anticipate filing a proposed joint stipulated judgment in the lead case, Court No. 16-0008, on or before May 15, 2026, and thereafter in the remaining individual cases.  Parties respectfully request additional time to review and discuss products in the remaining individual cases to confirm the products' 10-digit classification.  Given the volume of entries in those cases, and the different products contained in those entries, counsel for Plaintiff and Defendant anticipate needing an additional 180 days to submit those proposed joint stipulated judgments to the Court.  In light of the foregoing, the parties respectfully request that the Court take no further action in this matter at this time, pending the submission of the joint stipulations.

**V.  Conclusion**

For the reasons set forth above, the parties respectfully request that the Court grant the parties additional time to file the proposed joint stipulated judgment, and that the Court otherwise hold all proceedings in abeyance pending completion of the process.

Respectfully submitted,

Date: March 23, 2026_

/s/ John B. Brew_____
JOHN B. BREW

Crowell & Moring LLP
1001 Pennsylvania Avenue, NW.
Washington, DC 20004-2595
(202) 624-2720
Email: jbrew@crowell.com

MARIA T. VANIKIOTIS
Crowell & Moring LLP
Two Manhattan West, 375 9th Ave,
New York, NY 10001
(212) 803-4063
Email: mvanikiotis@crowell.com
*Attorneys for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Aimee Lee_____
AIMEE LEE
Assistant Director

/s/ Guy Eddon_____
GUY EDDON
Senior Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9232 or 9230
*Attorneys for Defendant*