**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE TIMOTHY C. STANCEU**

NUTRICIA NORTH AMERICA, INC.,

*Plaintiff,*

v.                                                    **Court No. 16-00008**

UNITED STATES,

*Defendant.*

## ORDER

Upon consideration of the Joint Status Report, and all other pertinent papers, and upon consent of the United States, it is hereby:

ORDERED that the Joint Status Report and request to hold proceedings in abeyance pending discussions for a joint stipulation is GRANTED, and it is further

ORDERED that parties must provide a joint stipulation or joint status report by May 15, 2026.

Dated:  __March 24, 2026__                          __/s/ Timothy C. Stanceu__

New, York, New York                          JUDGE