**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE TIMOTHY C. STANCEU**

NUTRICIA NORTH AMERICA, INC.,

                                *Plaintiff,*

        v.                                                      **Court No. 16-00008**

UNITED STATES,

                                *Defendant.*

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.      The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2.      The imported merchandise covered by the entries set forth on Schedule A, attached, consists of "medical foods" including: MSUD Lophlex® LQ, Periflex® Infant, Periflex® Junior, Neocate® Junior, and Ketocal® Liquid as identified in Schedule A.

3.      At liquidation, the imported merchandise was classified by U.S. Customs and Border Protection or its predecessors under subheading 2106.90.9998, Harmonized Tariff Schedule of the United States ("HTSUS"), which provides for "Food preparations not elsewhere specified or included: Other…Other."

Stipulated Judgment On Agreed Statement Of Facts
*Nutricia North America, Inc. v. United States*
Court No. 16-00008                                                    Page 2 of 5

4.      The stipulable imported merchandise is classifiable under subheading 3004.50.50, HTSUS, which provides for "Medicaments (excluding goods of heading 3002, 3005 or 3006) consisting of mixed or unmixed products for therapeutic or prophylactic uses, put up in measured doses (including those in the form of transdermal administration systems) or in forms or packings for retail sale: Other medicaments containing vitamins or other products of heading 2936: Other."

5.      The imported merchandise, covered by the entries set forth on the attached schedule, is stipulable in accordance with this agreement.

6.      Any refunds payable by reason of this judgment are to be paid with interest provided for by law.

7.      Each party will bear its own costs and attorney's fees.

8.      All other claims and nonstipulable entries are abandoned.

Stipulated Judgment On Agreed Statement Of Facts
*Nutricia North America, Inc. v. United States*
Court No. 16-00008

Respectfully submitted,

JOHN B. BREW

Crowell & Moring LLP
1001 Pennsylvania Avenue, NW.
Washington, DC 20004-2595
(202) 624-2720
Email: jbrew@crowell.com

MARIA T. VANIKIOTIS
Crowell & Moring LLP
Two Manhattan West, 375 9th Ave,
New York, NY 10001
(212) 803-4063
Email: mvanikiotis@crowell.com

*Attorneys for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney In Charge
International Trade Field Office

GUY EDDON
Senior Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9232 or 9230
*Attorneys for the United States*

Stipulated Judgment On Agreed Statement Of Facts
*Nutricia North America, Inc. v. United States*
Court No. 16-00008                                                    Page 4 of 5


        IT IS HEREBY ORDERED that this action is decided and this final judgment is to be  entered

by the  Clerk  of  the  Court;  the  appropriate  U.S.  Customs  and  Border  Protection  officials  shall

reliquidate the  entries and make refund in accordance  with the stipulation of the parties set  forth

above.

                                        _____/s/ Timothy C. Stanceu_____
                                        HONORABLE  TIMOTHY C. STANCEU,
                                        SENIOR JUDGE


Date: _April 3_ , 2026

Stipulated Judgment On Agreed Statement Of Facts
*Nutricia North America, Inc. v. United States*
Court No. 16-00008                                                    Page 5 of 5

## SCHEDULE A TO STIPULATED JUDGMENT

**1:16-cv-00008-TCS**

Service Port of Philadelphia (1101) Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Entry Line | Product | Entry Date | Liquidation Date |
|---|---|---|---|---|---|---|---|
| 1101-15-100252 | 11/27/2015 | 12/28/2015 | 101-4134831-8 | 1 | Periflex Infant | 11/26/2014 | 10/9/2015 |
| | | | | 1 | Neocate Junior | | |
| 1101-15-100252 | 11/27/2015 | 12/28/2015 | 101-4134968-8 | 1 | Ketocal Liquid | 11/26/2014 | 10/9/2015 |
| | | | | 1 | Ketocal Liquid | | |

Service Port of Washington – Dulles (5401) Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Entry Line | Product | Entry Date | Liquidation Date |
|---|---|---|---|---|---|---|---|
| 1001-15-100172 | 12/1/2015 | 12/31/2015 | 101-4122568-0 | 1 | MSUD Lophlex | 11/13/2014 | 9/25/2015 |
| 1001-15-100172 | 12/1/2015 | 12/31/2015 | 101-4122571-4 | 1 | Periflex Junior | 11/13/2014 | 9/25/2015 |